IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXIOS ALEXANDER,

    Petitioner,                    No. 2:13-cv-1700 DAD P

    vs.

DAVID LONG, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a motion for leave to proceed in forma pauperis. Therein, petitioner challenges the calculation of credits awarded to him on a sentence imposed following his 2010 conviction on charges of conspiracy to commit robbery and four counts of dissuading a witness. Review of court records shows that petitioner has another petition for writ of habeas corpus challenging the same judgment of conviction already pending in this district, Case No. 2:12-cv-0651 WBS CKD P.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall transfer the petition filed in this action (ECF No. 1) to Case No. 2:12-cv-0651 WBS CKD P and shall docket it therein as a motion to amend the

/////

1

petition in that case.  Henceforth all documents pertaining to petitioner's challenge to the trial court's calculation of his sentence shall be filed in Case No. 12-cv-0651 WBS CKD P; and

    2.  The Clerk of the Court is directed to close this action.

DATED: September 3, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12

alex13cv1700.o